AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| 4 West LLC, et al. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:22-cv-59 |
| Auto-Owners (Mutual) Insurance Company | ) |
| *Defendant* | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment in favor of Defendants and against Plaintiffs.  The case is terminated on the docket of this Court.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Walter H. Rice _____  Decision and Entry Sustaining Motion to
to Withdraw of Joseph W. Stadnicar as Attorney for Plaintiffs and Counter-Defendants 4West LLC and Joseph W.
Hull; Defendant/Counter Claimant Auto Owners (Mut.) Ins. Co.'s Counterclaims Dismissed Without Prejudice
to Refiling; Auto Owners' Motion for Jury View and Motions in Limine Overruled as Moot; Judgment to Enter in
Favor of Defendant and Against Plaintiffs; Directions to Defendant; Termination Entry.

Date:  21 November 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*